OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 SEP 18 2015

$ 000.27⁵

9/16/2015

PRUNEDA, EDUARDO JR    Tr. Ct. No. 2009CR2070W-W1        WR-83,836-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

EDUARDO JR PRUNEDA
BEXAR COUNTY ADULT - TDC # 1559627
200 N. COMAL
SAN ANTONIO, TX 78207                    U T F

N3B 78207